No. 773.   CHICAGO RAILWAY EQUIPMENT COMPANY, PETITIONER, *v.* THE PERRY SIDE BEARING COMPANY ET AL.

February 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George P. Fisher, Jr., Mr. F. N. Judson* and *Mr. Paul Bakewell* for the petitioner. No appearance for the respondents.

———

